STATE OF NEW JERSEY v. JAMES CAMPBELL.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES D. WILLIAMS.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM KING.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DUAN WALKER.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK HARDWICK.

October 3, 1985.

Petition for certification denied.